enforce his claim to a lien. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Petition of George H. Tilden and Others, Beneficiaries under the Last Will and Testament of Samuel J. Tilden, Deceased, to Compel George W. Smith to Account as Trustee under Said Will; for the Removal of Said George W. Smith as Trustee and for the Appointment of Cornelius B. Tyler in the Place of George W. Smith as Said Trustee. George W. Smith and Charles F. MacLean, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Theodore A. Liebler and George C. Tyler, Respondents, v. The Bobbs-Merrill Company and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Albert M. Johnston, Respondent, v. Sarah Strasburger, as Executrix, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Annie Paulis, Respondent, v. Codington Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Title Guaranty and Surety Company v. Thomas McNally and Others.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Michele Mendola v. Illinois Surety Company.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Guy M. De Mauriac v. Ophelia A. Byrnes.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ruth L. Trifant v. Henry G. Williams.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Class Journal Company v. Valveless Inner Tube Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Sixty Wall Street v. Joseph R. Clevenger.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

`Joseph W. Stern v. Bernard Hermansky.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Max Keve v. Columbia Kid Hair Curlers Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles Williams v. The City of New York.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.